### MIRROR WORLDS, LLC, Plaintiff–Appellant,

v.

### APPLE INC., Defendant–Appellee.

### Mirror Worlds, LLC, Plaintiff–Appellee,

v.

### Apple Inc., Defendant–Appellant.

### Nos. 2011–1392, 2011–1393.

United States Court of Appeals, Federal Circuit.

Nov. 28, 2011.

William F. Lee, Lauren B. Fletcher, Mark C. Fleming, Wilmer Cutler Pickering Hale, Boston, MA, William G. McElwain, Thomas G. Saunders, Wilmer Cutler Pickering Hale, Washington, DC, for Defendant–Appellee/Defendant–Appellant.

David Boies, William D. Marsillo, Boies, Schiller & Flexner, LLP, Armonk, NY, Donald R. Dunner, Allen M. Sokal, Molly R. Silfen, Finnegan, Henderson, Farabow,

conducted its review of the Board's analysis using the *Thun* analysis. *Veterans Court Op.*

Washington, DC, Joseph Diamante, Kenneth L. Stein, Ian G. DiBernardo, Alexander Solo, Stroock & Stroock & Lavan LLP, Philip C. Korologos, Boies, Schiller & Flexner, LLP, New York, NY, for Plaintiff–Appellant/Plaintiff–Appellee.

## ON MOTION

## ORDER

Apple Inc. moves without opposition to withdraw its cross-appeal no. 2011–1393.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2011–1393 is granted. The appeal is dismissed.

(2) Each side shall bear its own costs in 2011–1393.

(3) The revised official caption for 2011–1392 is reflected above.